IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CRIMINAL ACTION NO. 1:11-CR-139 |
| | § | |
| v. | § | |
| | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| JARVIS ALLEN CONWAY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S PRO SE MOTION

The Defendant, Jarvis Allen Conway, filed a *pro se Motion to Reduce Sentence Under the First Step Act of 2018 Under "Hobbs Act" in Light of U.S. Supreme Court Ruling [sic]* (Dkt. 130). Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order, this motion was referred to United States Magistrate Judge Zack Hawthorn. Judge Hawthorn construed the motion as a successive § 2255 motion, which cannot be filed without authorization from the Fifth Circuit Court of Appeals. Conway has not obtained such authorization, and therefore, Judge Hawthorn found the court lacks jurisdiction and recommended denying the Defendant's *pro se* motion.

The parties have not filed objections to the report and recommendation, and the time for doing so has passed. *See* 28 U.S.C. 636(b)(1). The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, the Report is ADOPTED, and Conway's *pro se motion* [dkt. 130] is DENIED.

**SIGNED this 9th day of December, 2025.**

Michael J. Truncale
United States District Judge